Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED BY _KP_ D.C.

APR 25 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Valeshia Anglin

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

The Eden Roc Miami

FL-Fontainebleau Miami

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Valtshia Arglin

Address  9104 NW 75th St APT 107

Miami  FL  33147
City  State  Zip Code

County  Miami Dade

Telephone Number  (954) 676-6843

E-Mail Address  Valtshiaarglin@yahoo.Com

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  FL Fontainbleau Miami

Job or Title (if known)  N/A

Address  4441 Cullins ave

Miami Brch  FL  33140
City  State  Zip Code

County  Miami

Telephone Number  (800) 548-8886

E-Mail Address (if known)  N/A

☐ Individual capacity  ☐ Official capacity

Defendant No. 2

Name  Edn Rue Miami

Job or Title (if known)  N/A

Address  4525 Cullins ave

Miami Brach  FL  33140
City  State  Zip Code

County  Miami

Telephone Number  (305) 531-0000

E-Mail Address (if known)  N/A

☐ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

FL- Fontainebleau Miami - 4441 Collins ave
Eden Roc Miami Beach - 4525 collins ave
At the Hotels.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

FL- Fontainebleau Miami  09/16/2021

Eden Roc Miami   N/A

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I didn't get the job.
I started working 03/2022. They discriminated against me religion, retaliation, wrongful termination, loss of wages, and defamation of character. No one else was involved. The management knew what happened.

The Fontainebleau Miami Hotel hired me as Housing keeping floor supervisor. My start day was 09/02/2021. The company HireRight did my background check. When I received correspondence that do to my Car Tag and a charge over the time limit. The job offer was denied and that I can dispute case #'s 06247370 – 06091476. I did.

After that I applied again for a different position, was contacted by phone #'s 650-412-6479 and 650-412-6690 that a job offer was made on the spot. Then soon after the offer was denied. I was devasted.

The position Housekeeping floor supervisor pay rate for me was $15.00 HR.

Wrongful Termination. Loss of wages, discrimination and retaliation.

Also I want to add defamation of character. When the Fontainebleau responded 02/11/2022. I was emailed by EEOC investigator Edras Regisme. Fontainebleau spoke of me as if they knew me or if I worked for one of their other hotels.

## Statement of Claim

## FL-Fontainbleau Miami Dade

I applied for the position housekeeping floor supervisor at FL-Fontainebleau. Was offer a start date. 09/02/2021. The pay rate was $15.00HR. Then was denied the opportunity because case number's 06247370 and 06091476. I received notification by email from Hire Right of the denial to work at the FL-Fontainebleau. They didn't deny me or said anything about my drug test. They have employees at work now with drugs in their system. The ratio between African-American, Haitian and Spanish people are off. Burly know African-Americans work or of Management.

I applied once again then was contacted by phone #'s 650-412-6479 and 650-412-6690 to grant an interview then soon after denied. Again I was so devastated.

The $15.00HR pay rate

Also loss of wages

## Eden Roc Miami

Upon working an old employee from a different hotel saw me at Eden roc hotel. She then told the housekeeping manager what happened in their own words. Her first name is Erma. She is Haitian and speak Cero so is the HK manager. That's when the retaliation started. One day they had my cart already ready for me, that's when I walked off the job. I tried to get my job back with talking to HR and they said no but they had or have a room attendant that worked or work there living at the hotel who is of Jamaican descent. That's against hotel policy rules.

As for my background check I have two charges. On is a decline case and the other was over the time frame so Yes I answered No to the criminal history question. That's over ten years ago. As I said in my interview, I don't have a criminal history.

CRAs are forbidden from reporting arrest records that did not result in a conviction to be used for hiring decision that are more than seven years old. As to my understanding the Law state that probation is sometimes referred to as COMMUNITY SUPERVISION.

Probation is a type of punishment for crime that is less severe than incarceration, or going to jail. Case number 08015794CF10C happened over 14 years ago. I have not been in any trouble or arrested. The probation was for six(6) months and I did (3) months.

Also they have position as room attendant, I applied for Housekeeping Floor Supervisor when this matter came about.

Ms. Pereda Silvia and Derek Lescrinier has people that can test positive for drugs that's around guest, that have access to guest rooms and or can talk to them.

I've worked at many other hotels and grand theft has never been a question or a problem with me. That's being Bias to deny me a chance to grow and take care of my family at home because a charge over 14 years ago and not say anything about my drug test. I believe others can test positive for drugs at FL-

Fontainebleau, others may have charges less than 14 years old and work at FL- Fontainebleau.

Also I'm waiting on files from Foia EEOC office.

When I spoke with Hire Right

The calls were from my old phone number (786)541-5914

After having to contact the EEOC headquarters in Washington DC. I spoke with Miguel Escobar

Enforcement Manager.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

FL- Fontainebleau Miami

Eden Roc Miami

* Retaliation - 1million

* Defamation of Character - 1million

* Wrongful Termination- 1million

* Loss of Wages - 1million

* Race - 1million

{ * Religion - 1million

{ * Retaliation- 1million

{ * Breach of Policy-1million

{ * Race - 1million

{ * Pain and Suffering 1million

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _____

Signature of Plaintiff   _____

Printed Name of Plaintiff   Vatesha Anglin

**B.   For Attorneys**

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
                        City                State        Zip Code

Telephone Number   _____

E-mail Address   _____

# EXHIBIT

# A



Quest Authorization Barcode #:57532929

 Instructions for Valeshia Anglin

This order must be completed by:

8/24/2021 12:10 PM (ET)

**Note:** **Completion time displayed does not mean that the service provider is open until the time shown.**

Please proceed to the following location:

SIU - Quest Diagnostics  Miami
1050 Nw 14Th St
Suite 10A
Miami, FL 33136
Phone:  305-545-3004     Fax:     305-545-3000

**Note:** **Please visit the service provider's website or call to confirm operational hours.**

Additional Notes: During the COVID 19 pandemic, we recommend wearing masks when visiting a clinic for services. If you have questions regarding measures being taken at the facility, please call the clinic.

- You are required to take a photo ID, this ePassport, and all documents with which it printed.

- If you are under 18, a parent or legal guardian may be required in order for services to be performed. Verify with the service provider before arriving.

## Instructions for Service Provider

Bill services to: eScreen, Inc., PO Box 25902, Overland Park, KS 66225

**Account:**        132600-1668
                    Fontainebleau Florida Hotel, LLC
**Account Type:**   National Account

**Participant ID:**

**Regulation:** NON-DOT
**Reason for Test:** Pre-employment
**Services(1):** 1. Urine Collection - 35105N - QD - 5 panel NDOT STANDARD (35105N)

**Lab Account:**       10541106

© 2019 Abbott. All rights reserved. All trademarks referenced are trademarks of either the Abbott group of companies or their respective owners.

# EXHIBIT

# B

 **HireRight**
www.hireright.com

Visit site

## Thank you, your request has been received  2

Yahoo/Sent

 HireRight Customer Support ·   Mon, Sep 13, 2021 at 10:14 AM

 Valeshia Anglin <valeshiaangli      Fri, Feb 18 at 11:20 AM
**To:** edras.regisme@eeoc.gov

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, September 13, 2021, 10:14 AM, HireRight
Customer Support <noreply@hireright.com> wrote:

Hide original message

Thank you, Va;eshia.
We have received your submission and a member of our
Consumer Support team will contact you shortly if additional
information is needed to help complete the process. Your case
number is 06247370.

Reply, **Reply All or Forward**

 **HireRight**
www.hireright.com

Visit site

## Thank you, your request has been received    2

Yahoo/Sent

 **HireRight Customer Suppor**    Mon, Aug 30, 2021 at 10:32 AM

 **Valeshia Anglin** <valeshiaangli    Fri, Feb 18 at 11:21 AM
**To:** edras.regisme@eeoc.gov

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, August 30, 2021, 10:32 AM, HireRight Customer
Support <noreply@hireright.com> wrote:

Hide original message

Thank you, Valeshia.
We have received your submission and a member of our
Consumer Support team will contact you shortly if additional
information is needed to help complete the process. Your case
number is 06091476.

**Reply, Reply All or Forward**

# EXHIBIT

# C



**HireRight**
www.hireright.com

Visit site

## HireRight Screening Report  4



**HireRight Custome**
**To:**
valeshiaanglin@yaho
**Cc:**
asantos@fontaineble

Fri, Aug 27, 2021 at 4:50 PM

08/27/2021

Valeshia Anglin IA-081921-HH28E
2104 N.W. 75th Street #107
Miami, FL 33147

Dear Valeshia Anglin:

We recently made you aware that as part of our employment (including, as applicable, independent contractor assignment) eligibility process, Fontainebleau Florida Hotel, LLC (Company) obtains consumer reports (commonly referred to as "background reports"). These background reports assist us in evaluating individuals for employment or independent contractor assignment.

Pursuant to your authorization and for purposes of evaluating your eligibility for employment or independent contractor assignment, Company obtained a background report about you from HireRight, LLC (HireRight). We are enclosing a copy of the background report that HireRight prepared for Company. We are also enclosing a summary of your rights under the Fair Credit Reporting Act (FCRA).

Based on a review of the results of your background report and Company's eligibility criteria, we are notifying you that there is information in your background report that **may** result in Company deciding not to offer you (or, as applicable, retain your) employment or an independent contractor assignment. Please carefully review the results of your background report, and contact HireRight at http://www.hireright.com/Consumers-Applicants.aspx or at the telephone number or email address provided below if you believe that anything in your report is inaccurate or incomplete, in which case HireRight will investigate your dispute in accordance with the FCRA. We also ask that you let Company know directly if you believe that anything in your report is inaccurate or incomplete so that this can be taken into consideration, as appropriate, in connection with Company's eligibility determination.

To afford you an opportunity to review your background report and initiate a dispute investigation with HireRight regarding any information in the report (for example, if you believe any information in your report

is inaccurate or incomplete), Company will not make a final decision on your employment or independent contractor assignment for at least five (5) business days from the date of this letter (unless a longer period is required by applicable law). If you do initiate a dispute with HireRight, please also let Company know promptly that you have initiated such a dispute and the specific information that you have disputed.

Thank you again for considering employment or an independent contractor assignment with Company. If you have questions about Company's employment or independent contractor assignment eligibility criteria, please contact us directly.

Sincerely,

Fontainebleau Florida Hotel, LLC

Attached: Copy of Consumer Report; FCRA Summary of Rights

Name of Consumer Reporting Agency:

HireRight, LLC
Attn: Consumers Department
14002 E. 21st Street Suite 1200
Tulsa, OK 74134

Phone: 866-521-6995 * (Monday - Friday, 7am to 7pm Central Time)
Fax: (918) 664-5520 *
E-mail: customerservice@hireright.com

* If you are outside of North America, please visit http://www.hireright.com/Contact-Us.aspx# and click on the "Customer Service" tab for HireRight's toll-free phone and fax numbers for use from locations around the globe.

# EXHIBIT

# D



**Valeshia Anglin** <valeshiaangli      Fri, Feb 18 at 11:38 AM
**To:** edras.regisme@eeoc.gov





**Valeshia Anglin** <valeshiaan      Fri, Feb 18 at 11:38 AM
To:
edras.regisme@eeoc.gov



Sent from Yahoo Mail for iPhone



4/21/22, 12:17 PM (40,808 unread) - valeshiaanglin@yahoo.com - Yahoo Mail

**Valeshia Anglin** <valeshiaar                Fri, Feb 18 at 11:39 AM
To:
edras.regisme@eeoc.gov



Sent from Yahoo Mail for iPhone

https://mail.yahoo.com/d/search/name=edras.regisme%2540eeoc.gov&emailAddresses=edras.regisme%2540eeoc.gov&listFilter=ALL&contactIds=5a...                1/2

(No Subject)                                                                                          Yahoo/Sent

**Valeshia Anglin** <valeshiaan          Fri, Feb 18 at 11:39 AM
**To:**
edras.regisme@eeoc.gov



Sent from Yahoo Mail for iPhone

4/21/22, 12:17 PM                               (40,808 unread) - valeshiaanglin@yahoo.com - Yahoo Mail

(No Subject)                                                                            Yahoo/Sent

**Valeshia Anglin** <valeshiaar        Fri, Feb 18 at 11:39 AM
To:
edras.regisme@eeoc.gov



Sent from Yahoo Mail for iPhone

4/21/22, 12:17 PM
(40,806 unread) - valeshiaanglin@yahoo.com - Yahoo Mail
Case 1:22-cv-21281-JEM   Document 1   Entered on FLSD Docket 04/25/2022   Page 29 of 47

# EXHIBIT

# E

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2021-06796 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Valeshia L. Anglin** | Home Phone *(Incl. Area Code)*<br>**(954) 676-0843** | Date of Birth<br>**1986** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **2104 NW 75th ST, Apt 107, Miami, FL 33147** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**FL-FONTAINEBLEAU MIAMI** | No. Employees, Members<br>**15 - 100** | Phone No. *(Include Area Code)*<br>**(800) 548-8886** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **4441 COLLINS AVE, Miami Beach, FL 33140** | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest        Latest<br>            **09-16-2021**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am African American. In August 2021, I applied for a housekeeping supervisor position with Fountain Bleu Hotel. I was interviewed and received a conditional job offer of employment with a pending start date of September 2nd, 2021.

Around September 16th, 2021, I was notified by human resources personnel, the job offer was being rescinded due to the results of my criminal background check. Shortly after my employment offer was rescinded. I noticed that I was scheduled for 2 job offers by the HR Department (eperez@fontainebleau.com) but was later denied both positions by HR even though I was qualified for each position.

I believe I was discriminated against because of my race (African American) and my criminal record in violation of Title VII of the Civil Rights Act of 1964, as amended, in that I denied employment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct. | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|
| _____         _____<br>Date              *Charging Party Signature* | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2021-06796 |

| **Florida Commission On Human Relations** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _____       _____<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC (INQUIRY) NUMBER: 510-2021-06796

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 09/16/2021

**Reason for Complaint:** Religion, Retaliation - I filed a charge of job discrimination about any of the above

**Pay Disparity:**

**Location of Incident:** Florida

**Submission (initial inquiry) Date:** 09/22/2021

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Miami District Office

**Accountable:** Miami District Office

### APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

### APPROXIMATE DEADLINE FOR FILING A CHARGE:   07/14/2022

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Valeshia, L

**Last Name:** Anglin

**Street or Mailing Address:** 2104 NW 75th ST

**Address Line 2:** Apt 107

**City, State, Zip:**  MIAMI, FL, 33147

**Country:**  UNITED STATES OF AMERICA

**Year of Birth:**  1986

**Email Address:**  valeshiablue86@gmail.com

**Home Phone Number:**  (954) 676-0843

**Cell Phone Number:**

## RESPONDENT/Employer

**Organization Name:**  FL-FONTAINEBLEAU MIAMI

**Type of Employer:**  Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:**  An uncertain number of employees

**Street or Mailing Address:**  4441 COLLINS AVE

**Address Line 2:**

**City, State, Zip Code:**  MIAMI BEACH,FL, 33140

**County:**  Miami-Dade

**Phone Number:**  (800) 548-8886

## RESPONDENT CONTACT

**First and Last Name:**  N/A

**Email Address:**

**Phone Number:**

**Title:**  Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:**  F

**Disabled:**  I do not have a disability

**Are you Hispanic or Latino?**  not hispanic or latino

**Ethnicity:**  Black or African American,

**National Origin:**  English

## Adverse Action(s)

On 05/24/2021 I was hired at Eden Hotel. A fellow room attendant that worked with me at Novotel Hotel, spoke of matters back then. Retaliation, Religion

On 09/16/2021 My job offer was denied. Wrongful Termination, Retaliation

The Fontainebleau Hotel

# Supplemental Information

### What Reason(s) were you given for the action taken against you?

Denial of employment. Then I went on indeed to look for work as a room attendant. Saw one for the Fontainebleau for another position. On 09/27/2021 they texted my cell phone with an interview Wednesdays September 29 2021 from 1pm - 4pm

### Was anyone in a similar situation treated the same, better, or worse than you?

no

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Valeshia Anglin

valeshiaanglin@yahoo.com

~~786-541-5914~~
(954) 676-0843

I myself have all I need.

Thank You!

Also I want to add defamation of character. When ██ FL-Fontainebleau Miami responded 02/11/2022. I was emailed by EEOC investigator Edras Regisme. They spoke of me as if they already knew me. I know no one at FL-Fontainebleau Miami.

**Please tell us any other information about your experience?**

waiting to interview

The Fontainebleau Miami Hotel hired me and my
Start day was 09/00/2020. The company HireRight
did my background Check. When I recieved Correspondence
that do to my car tag and a charge over the
time limit. The Job offer was denied and that
I can dispute case # 06247370 - 06091476.
I did.

After that I applied again for a different position
was contacted by phone #'s (650) 412-6479 and
(650) 412-6690 that Job offers will be made on the
Spot. Then soon after the offer was denied. I
was devastated.

The position Housekeeping Floor Supervisor
Pay rate for me was $15.00 HR.

Wrongful termination, loss of wages, discrimination,
and retaliation.

I want to work A.S.A.P.

Valeshia Anglin          12/09/2021

When the Fontainebleau Miami did a employment
Check Eden Rock spoke of other Matters unrelated
to my Job Performance.

Also the Fontainebleau did't Say ~~didn't one~~ Xyes
because of my Drug test. It was my background
Check

EEOC (INQUIRY) NUMBER: 510-2021-06796

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 09/16/2021

**Reason for Complaint:** Religion, Retaliation - I filed a charge of job discrimination about any of the above

**Pay Disparity:**

**Location of Incident:** Florida

**Submission (initial inquiry) Date:** 09/22/2021

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Miami District Office

**Accountable:** Miami District Office

### APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

### APPROXIMATE DEADLINE FOR FILING A CHARGE:  07/14/2022

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Valeshia, L

**Last Name:** Anglin

**Street or Mailing Address:** 2104 NW 75th ST

**Address Line 2:** Apt 107

**City, State, Zip:**  MIAMI, FL, 33147

**Country:**  UNITED STATES OF AMERICA

**Year of Birth:**  1986

**Email Address:**  valeshiablue86@gmail.com

**Home Phone Number:**  (954) 676-0843

**Cell Phone Number:**

## RESPONDENT/Employer

**Organization Name:**  FL-FONTAINEBLEAU MIAMI

**Type of Employer:**  Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:**  An uncertain number of employees

**Street or Mailing Address:**  4441 COLLINS AVE

**Address Line 2:**

**City, State, Zip Code:**  MIAMI BEACH,FL, 33140

**County:**  Miami-Dade

**Phone Number:**  (800) 548-8886

## RESPONDENT CONTACT

**First and Last Name:**  N/A

**Email Address:**

**Phone Number:**

**Title:**  Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** English

## Adverse Action(s)

On 05/24/2021 I was hired at Eden Hotel. A fellow room attendant that worked with me at Novotel Hotel, spoke of matters back then. Retaliation, Religion

On 09/16/2021 My job offer was denied. Wrongful Termination, Retaliation

The Fontainebleau Hotel

# Supplemental Information

### What Reason(s) were you given for the action taken against you?

Denial of employment. Then I went on indeed to look for work as a room attendant. Saw one for the Fontainebleau for another position. On 09/27/2021 they texted my cell phone with an interview Wednesdays September 29 2021 from 1pm - 4pm

### Was anyone in a similar situation treated the same, better, or worse than you?

no

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Valeshia Anglin

valeshiaanglin@yahoo.com

786-541-5914

I myself have all I need.

Thank You!

**<u>Please tell us any other information about your experience?</u>**

waiting to interview



**U.S. Equal Employment Opportunity Commission**
**Miami District Office**

Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131
(786) 648-5790
TTY (305) 808-1742
Fax: (305) 808-1855

Respondent: FL-FONTAINEBLEAU MIAMI
EEOC Inquiry No.: 510-2021-06796

November 17, 2021

Valeshia L. Anglin
2104 NW 75th ST
Apt 107
Miami, FL 33147

Dear Ms. Anglin:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[   ]   The Age Discrimination in Employment Act (ADEA)

[   ]   The Americans with Disabilities Act (ADA)

[   ]   The Equal Pay Act (EPA)

[   ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X".

(3)  Return the signed charge to this office.

These steps are necessary if you wish to file a charge.  No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to Florida Commission On Human Relations 4075 Esplanade Way Room 110 Tallahassee, FL 32399 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Inquiry No." listed at the top of this letter whenever you call us. Please notify this office of any change in address or of any prolonged absence from home.  Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.

Sincerely,


FLORENCIO R. OCAMPO
Investigator
(786) 648-5820


Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Miami District Office
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/04/2022

**To:** Ms. Valeshia L. Anglin
2104 NW 75th ST Apt 107
MIAMI, FL 33147
Charge No: 510-2021-06796

EEOC Representative and email:    EDRAS REGISME
Federal Investigator
Edras.Regisme@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2021-06796.

On behalf of the Commission,

Digitally Signed By:Roberto Chavez
04/04/2022

Roberto Chavez
Acting Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 510-2021-06796 to the District Director at Roberto Chavez, 100 SE 2nd St Suite 1500

Miami, FL 33131.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.